UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
CAROL FEINBERG,                                   :
                                Plaintiff,   :
                                                 :             19 Civ. 600 (LGS)
                   -against-               :
                                                 :             <u>ORDER</u>
ABBOTT LABORATORIES,                :
                               Defendant.  :
                                                 :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 24, 2023, the Court of Appeals affirmed the judgment of the Court in the related case 18 Civ. 8468 and remanded this case "to allow the district court to enter judgment in favor of Abbott as to Feinberg's declaratory judgment claim."  It is hereby

       **ORDERED** that Defendant Abbott Laboratories shall confer with Plaintiff, and by **February 8, 2023**, shall file a joint proposed form of judgment consistent with the Second Circuit's decision.

Dated: January 25, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE