UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY FEINBERG, HOPE FEINBERG SCHROY, DAVID FEINBERG,

                                Plaintiffs,

- against -

ABBOTT LABORATORIES,

                                Defendant.

So Ordered.

The Clerk of Court is respectfully directed to enter judgment accordingly.

Dated: January 27, 2023
        New York, New York

19 **CIVIL** 600 (LGS)
[~~PROPOSED~~] <u>**JUDGMENT**</u>

_/s/ Lorna G. Schofield_
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated December 9, 2020, Defendant Abbott Laboratories has demonstrated that it has superior title to Maine Flowers, and thus prevails on Plaintiffs' declaratory judgment claim. Abbott Laboratories has marketable title to Maine Flowers, free of any claims by Plaintiffs, judgment is hereby entered for Abbott Laboratories.

Dated:  New York, New York
          January 26, 2023